NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALFONSO E. MACKEY, JR.,                     )
DOC #R23007,                                )
                                            )
        Appellant,                  )
                                            )
v.                                          )     Case No. 2D18-4159
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                   )
_____ )

Opinion filed September 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.

        Affirmed.


BLACK, SALARIO, and SMITH, JJ., Concur.